# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

    v.                                                                          Crim. No. 4:06-CR-71-3BO

MUHAMMED BAYYARI

    On June 12, 2009, the above named individual was released to supervision in the Middle District of North Carolina for a period of 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                     Respectfully submitted,

/s/Jeffrey L. Keller                                             /s/Maurice J. Foy
Jeffrey L. Keller                                                     Maurice J. Foy
Supervising U.S. Probation Officer                    U.S. Probation Officer

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __November__, 2010.

                                                          Terrence W. Boyle
                                                          U.S. District Judge